# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:24−cv−03216

| | |
|---|---|
| Gonzales v. Lumpkin | Date Filed: 08/26/2024 |
| Assigned to: Judge Lee H Rosenthal | Jury Demand: None |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

| | | |
|---|---|---|
| **Joe Anthony Gonzales** | represented by | **Joe Anthony Gonzales**<br>02148370<br>Polunsky Unit<br>3872 FM 350 south<br>Livingston, TX 77351<br>PRO SE |

V.

**Respondent**

| | | |
|---|---|---|
| **Bobby Lumpkin** | represented by | **Edward Larry Marshall**<br>Office of the Attorney General<br>PO Box 12548<br>Austin, TX 78711<br>512−936−1400<br>Fax: 512−320−8132<br>Email: caddocket@oag.texas.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/2024 | 1 | PETITION for Writ of Habeas Corpus (Filing fee $ 5) filed by Joe Anthony Gonzales. (Attachments: # 1 Exhibits) (bli4) Modified on 8/29/2024 (bsg4). (Entered: 08/28/2024) |
| 08/26/2024 | 2 | MEMORANDUM of Law in Support re: 1 Petition for Writ of Habeas Corpus by Joe Anthony Gonzalez, filed. (bli4) (Entered: 08/28/2024) |
| 08/28/2024 |  | Confirmation of receipt of payment from JOE ANTHONY GONZALEZ in the amount of $ 5.00 re: 1 Petition for Writ of Habeas Corpus. Receipt date: 8/28/2024. Receipt number 400008064. Purpose Description: Filing Fee. (jm4) (Entered: 08/28/2024) |
| 08/28/2024 |  | Filing fee: $5, receipt number 400008064, filed. (bli4) (Entered: 08/28/2024) |
| 08/30/2024 | 3 | ORDER TO TRANSFER CASE to Eastern District of Texas, Lufkin Division. (Signed by Judge Lee H Rosenthal) Parties notified. (mmm4) (Entered: 08/31/2024) |